UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>COREY HEYWARD,<br><br>                    Defendant. | 15-CR-445-10 (PAE)<br><br><u>SCHEDULING ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Corey Heyward, which seeks compassionate release from prison. The Court directs that Mr. Heyward's trial counsel, Peter Brill, Esq., submit a memorandum of law in support of this application, and accordingly reappoints Mr. Brill for this purpose. This letter is due Monday, June 29, 2020. A letter from the Government in response is due Thursday, July 2, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2020
        New York, New York