UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>COREY HEYWARD,<br><br>                    Defendant. | 15-CR-445-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter, pro se, from defendant Corey Heyward, requesting return of the $100 special assessment attributable to his conviction (since vacated) on Count Three (Dkt. No. 1287).  The Court **GRANTS** this request, which is unopposed.  The Court further grants Mr. Heyward's request for copies of his sentencing transcript, judgment, and docket sheet, and respectfully requests the Clerk of Court to mail these materials to Mr. Heyward at the below address:

Corey Heyward #77211054
Ray Brook FCI
P.O. Box 900
Ray Brook, NY 12977

SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: May 31, 2023
       New York, New York