UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

COREY HEYWARD,

                Defendant.

15-CR-445-10 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Corey Heyward requesting various materials, including 3500 material from trial. See Dkt. 1292. The Court is unaware of a valid legal basis for this request but reappoints John Wallenstein, Esq., for the limited purpose of conferring with Mr. Heyward and thereafter submitting a letter to the Court identifying the purpose and legal basis, if any, for this request. Counsel's letter is due four weeks from the date of this order.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 27, 2023
       New York, New York