UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

COREY HEYWARD,

Defendant.

15-CR-445-10 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court reappoints John Wallenstein, Esq., to represent defendant Corey Heyward in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due March 25, 2024. The Government's response is due April 1, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2024
       New York, New York