UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

COREY HEYWARD,

Defendant.

15-CR-445-10 (PAE)

ORDER ON MOTION

PAUL A. ENGELMAYER, District Judge:

The Court **DENIES** as premature defendant Heyward's motion to modify the conditions of his term of supervised release (Dkt. No. 1373), which has not yet commenced. This order is without prejudice to a later such application. The Clerk of Court is requested to terminate the motion at Dkt. No. 1373 and to mail a copy of this order to the defendant at the address below:

Corey Heyward
Register No. 77211-054
365 E. 183rd Street, Apt. 4FM
Bronx, NY 10458

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 1, 2026
       New York, New York