UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

COREY HEYWARD,

Defendant.

15-CR-445-10 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Corey Heyward has applied for appointment of counsel to assist him with a potential motion for compassionate release. Dkt. 1377. The Court appoints John Buza, Esq., to represent Heyward for that limited purpose. The Court directs Mr. Buza to contact Mr. Heyward forthwith.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2026
New York, New York